```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-9-09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

E. Mishan & Sons, Inc.,

               Plaintiff,

    -against-

Dealztime, Inc. and Mohamed Elsharkawy

               Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civ. Action No. 08 CV 9519 (PKC)(HP)

FINAL REVISION TO SCHEDULING
[PROPOSED] ORDER

1. (in paragraph 5 of the May 19, 2009 Order) The cut-off dates for non-expert discovery, depositions and requests for admissions, (is extended) ~~shall be moved~~ from September 28, 2009 to November 27, 2009.

2. (in paragraph 7 of the May 19, 2009 Order) The expert discovery cut-off date (is extended) ~~shall be moved~~ from November 12, 2009 to January 11, 2010.

October 2 conference adjourned to ~~Jan. 11, 2010~~ Jan. 15, 2010 at 10:30am.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 9-9-09, 2009

                              Honorable P. Kevin Castel
                              U.S. DISTRICT JUDGE